IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| GREGORY LEWIS BRADLEY, JR.,<br><br>Petitioner,<br><br>v.<br><br>WARDEN WILLIAM SHOUPPE,<br><br>Respondent. | )<br>)<br>)  Civil Action No. 21-1632<br>)  Judge Nora Barry Fischer<br>)  Chief Magistrate Judge<br>)  Cynthia Reed Eddy<br>)<br>)<br>) |

**ORDER OF COURT**

AND NOW, this 10th day of January, 2022, after Petitioner Gregory Lewis Bradley, Jr., having lodged a petition for writ of habeas corpus in the above-captioner matter, (Docket No. [1-1], and after a Report and Recommendation was filed by Chief United States Magistrate Cynthia Reed Eddy recommending that such petition be summarily dismissed before service, without prejudice, for failure to exhaust administrative remedies, (Docket No. [10]), and establishing a deadline of January 3, 2022 Petitioner to file objections thereto, and no objections having been received as of the date of this Order, and upon independent review of the record, and upon consideration of the Chief Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the petition for writ of habeas corpus [1-1] is DISMISSED, without prejudice, for failure to exhaust administrative remedies;

IT IS FURTHER ORDERED that, to the extent needed, a certificate of appealability is DENIED.

IT IS FURTHER ORDERED that the Motion for Leave to Proceed in forma pauperis (Docket No. [1]) is DENIED.

1

IT IS FURTHER ORDERED that the Clerk of Court shall mark this CASE CLOSED.

FINALLY, IT IS ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order, a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

<i>s/ Nora Barry Fischer</i><br>
Nora Barry Fischer<br>
Senior U.S. District Judge

cc:   Chief United States Magistrate Judge Cynthia Reed Eddy

**GREGORY LEWIS BRADLEY, JR.**
Beaver County Jail
6000 Woodlawn Blvd.
Aliquippa, PA 15001
(via U.S. First Class Mail)